IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| KNIGHT SPECIALTY INSURANCE COMPANY, § § | | |
| Plaintiff | § § | |
| | § | CASE NO. 5:22-cv-00010 |
| v. | § § | |
| OCT TRUCKING TRANSPORT & EXPORT, INC., JOSE HORATIO PEREZ-RINCON, ALMA ROXANA GARCIA | § § § § | |
| | § | JURY TRIAL REQUESTED |

## ORIGINAL COMPLAINT SEEKING DECLARATORY RELIEF

TO THE COURT:

KNIGHT SPECIALTY INSURANCE COMPANY ("KNIGHT"), Plaintiff, files this as its Original Complaint Seeking Declaratory Relief. In support of its Original Complaint, KNIGHT would show this Court as follows:

### Parties

1. KNIGHT SPECIALTY INSURANCE COMPANY is a surplus lines insurance carrier organized under the laws of the State of Delaware, with its headquarters and principal place of business in California. For purposes of diversity jurisdiction, KNIGHT is a citizen of the state of California because that is its center of operations.

2. OCT TRUCKING TRANSPORT & EXPORT, INC. ("OCT")is a corporation conducting business in Texas and may be served with process by serving its President Eliborio Cortez, Jr. at 11204 Granados Street, Laredo, Texas 78045 or wherever he may be found. OCT TRUCKING TRANSPORT & EXPOERT, INC. may alternatively be served by serving the registered agent for

service, Lamar & Associates, PLLC, at 602 W. French Place, San Antonio, Texas 78212. For purposes of diversity jurisdiction, OCT is a citizen of the state of Texas. KNIGHT requests that citation be issued so service can be effectuated.

3.  JOSE HORATIO PEREZ-RINCON is an individual and may be served with process at 125 Oil Patch Road, Laredo, Texas 78046 or wherever he may be found. For purposes of diversity jurisdiction, PEREZ-RINCON is a citizen of the state of Texas. KNIGHT requests that citation be issued so service can be effectuated.

4.  ALMA ROXANA GARCIA is an individual and resident of Webb County, Texas and may be served with process at 106 Belaire Drive, 2B, Laredo, Texas 78041 or wherever she may be found. For purposes of diversity jurisdiction, GARCIA is a citizen of the state of Texas. KNIGHT requests that citation be issued so service can be effectuated.

## Jurisdiction and Venue

5.  Because KNIGHT is a citizen of the state of California, and all of the defendants are citizens of the state of Texas, complete diversity of citizenship exists, and this court has jurisdiction due to diversity. 28 U.S.C. §1332.

6.  Venue is proper in this Court because OCT is the named insured under a policy of insurance issued by KNIGHT. At the time the policy was issued, OCT had its headquarters and principal place of business in Laredo, Texas, and the policy in question was delivered to OCT in Laredo, Texas. Consequently, venue for this declaratory judgment action is proper in this Court. 28 U.S.C §124(b)(7).

**Background**

7. On July 18, 2020, a collision took place between a 2011 Peterbilt tractor and a 2013 Dodge Journey. The collision took place in Laredo, Webb County, Texas. Following the collision, GARCIA filed suit in that particular lawsuit styled: Cause No. 2020CVA001288D4; *Alma Roxana Garcia v. OCT Trucking Transport and Export, Inc. and Jose Horacio Perez-Rincon*; in the 406th District Court of Webb County, Texas (the "Underlying Lawsuit").

**The Claims**

8. In the Underlying Lawsuit, GARCIA claims that PEREZ-RINCON was not physically, medically, or emotionally competent to operate the tractor safely and that he was impaired by a combination of fatigue, alcohol consumption and/or some other controlled substance at the time of the collision. Garcia goes on to allege that PEREZ-RINCON had a blood alcohol level of 0.217 at the time of the accident. Garcia further alleges that PEREZ-RINCON was arrested and taken to the Web County Jail for driving while intoxicated. A true and correct copy of plaintiff's original petition is attached to this Declaratory Judgment Action as exhibit A.

9. GARCIA seeks damages for medical expenses, pain and suffering, physical impairment, mental anguish, disfigurement, property damages, and lost wages. GARCIA also seeks the recovery of exemplary damages.

**The Policy**

10. Prior to the collision, KNIGHT had issued a policy of insurance to OCT. The Policy is attached to this Declaratory Judgment Action as Exhibit "B".

11. The Policy read, in pertinent part, as follows:

**SECTION II- LIABILITY COVERAGE**

**A.   Coverage**

**We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance, or use of a covered "auto".**

12. The Policy defines "who is an insured" as follows:

**1.   Who Is An Insured**

**The following are "insureds":**

**a.   You for any covered "auto",**

**b.   Anyone else while using with your permission a covered "auto" you own, hire or borrow . . .**

## Relief Sought

13. Pursuant to 28 U.S.C. §§ 2201 and 2202, KNIGHT seeks a declaration from this Court that because PEREZ-RINCON did not have permission to operate the Peterbilt tractor at the time of the collision, PEREZ-RINCON does not qualify as an "insured" under the Policy. Because PEREZ-RINCON does not qualify as an "insured" under the Policy, coverage does not exist under the Policy, and KNIGHT does not have a duty to defend or a duty to indemnify OCT or PEREZ-RINCON for the claims made by GARCIA in the Underlying Lawsuit.

**Prayer**

14. KNIGHT SPECIALTY INSURANCE COMPANY prays that after consideration of this matter, either through trial or dispositive motion, that this court order and declare the following pursuant to 28 U.S.C. §§ 2201, 2202:

a. that no coverage and no duty to defend or duty to indemnify exists under Master Policy WGTTX with Certificate Number 000383-01 issued by KNIGHT SPECIALTY INSURANCE COMPANY to OCT TRUCKING TRANSPORT & EXPORT, INC. the claims made in and which form the basis of the Underlying Lawsuit; and

b. that KNIGHT SPECIALTY INSURANCE COMPANY receive all other relief, general or special, at law or in equity, to which it shows itself entitled to receive.

Respectfully Submitted,

BY: /s/George T. Jackson
George T. Jackson
Texas Bar No. 10466950
Federal Bar No. 15072
5615 Kirby Drive, Suite 900
Houston, TX  77005
(713)626-1555 Telephone
(713)622-8077 Telecopier
gjackson.atty@bushramirez.com

**BUSH & RAMIREZ, PLLC of counsel**

**ATTORNEY FOR KNIGHT SPECIALTY INSURANCE COMPANY**